```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JULIAN LANTIGUA, *individually and on behalf of*                       :
*others similarly situated*,                                           :
                                                                       :
                                      Plaintiff,                       :       23 Civ. 9351 (JPC)
                                                                       :
               -v-                                                     :       ORDER
                                                                       :
LA CASA BONITA CORP. *et al.*,                                         :
                                                                       :
                                      Defendants.                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 26, 2023, Plaintiff served Defendants Casa Dominicana Outlet Corp., Crazy Hot Deals Outlet Corp., and La Casa Bonita Corp. ("Defendants") with copies of the Summons and Complaint. Dkts. 12-14. Defendants' deadline to respond to the Complaint was therefore November 16, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until November 24, 2023. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff should seek Certificates of Default by December 1, 2023.

SO ORDERED.

Dated: November 17, 2023
       New York, New York

                                              _____
                                              JOHN P. CRONAN
                                              United States District Judge