```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JULIAN LANTIGUA, individually and on behalf of                         :
others similarly situated,                                             :
                                                                       :
                              Plaintiff,                               :    23 Civ. 9351 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
LA CASA BONITA CORP. et al.,                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 30, 2023, Plaintiff served Defendant Mohammad Asmad Mohammad with copies of the Summons and Complaint. Dkt. 15. Defendant's deadline to respond to the Complaint was therefore November 20, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 24, 2023. If Defendant once again fails to respond to the Complaint by his deadline to do so, Plaintiff should seek a Certificate of Default by December 1, 2023.

SO ORDERED.

Dated: November 21, 2023
      New York, New York

                                                       JOHN P. CRONAN
                                                       United States District Judge