UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN LANTIGUA *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>LA CASA BONITA CORP (D/B/A CASA BONITA), CASA DOMINICANA OUTLET CORP (D/B/A CASA DOMINICANA), CRAZY HOT DEALS OUTLET CORP. (D/B/A CRAZY HOT DEALS), and MOHAMMAD AMSAD MOHAMMAD,<br><br>*Defendants.* | Case No.23-cv-09351-JPC<br><br>**DEFAULT JUDGMENT** |

This action was commenced on October 24, 2023 (Dkt. No. 1). Defendants have failed to appear and the Clerk of Court has entered their default (Dkt. No. 23-26).

NOW, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff JULIAN LANTIGUA has judgment jointly and severally against the Defendants LA CASA BONITA CORP (D/B/A CASA BONITA), CASA DOMINICANA OUTLET CORP (D/B/A CASA DOMINICANA), CRAZY HOT DEALS OUTLET CORP. (D/B/A CRAZY HOT DEALS), and MOHAMMAD AMSAD MOHAMMAD, in the total amount of $120,466.00, including (A) compensatory damages for unpaid minimum and overtime wages in the amount of $55,233.00, (B) liquidated damages on unpaid minimum and overtime wages in the amount of $55,233.00, (C) statutory damages for violation of New York Labor Law § 195's wage notice provisions in the amount of $5,000, and (D) statutory damages for violation of New York Labor Law § 195's wage statement provisions in the amount of $5,000.

That the Plaintiff is awarded attorney's fees in the amount of $3,357.50 and costs in the

- 2 -

amount of $831.97, for the total amount of $4,189.47, and that if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

_____, 2023

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE