UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JULIAN LANGITUA,                                       :
                                                       :
                        Plaintiff,                     :
                                                       :
            -v-                                        :            23 Civ. 9351 (JPC)
                                                       :
LA CASA BONITA CORP d/b/a Casa Bonita, CASA            :            JUDGMENT
DOMINICANA OUTLET CORP d/b/a Casa Dominicana,          :
CRAZY HOT DEALS OUTLET CORP. d/b/a Crazy Hot           :
Deals, and MOHAMMAD AMSAD MOHAMMAD,                    :
                                                       :
                        Defendants.                    :
                                                       :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff Julian Lantigua commenced this action by filing the Complaint on October 24, 2023.  Dkt. 1.  Defendants La Casa Bonita Corp, Casa Dominicana Outlet Corp, and Crazy Hot Deals Outlet Corp. have failed to appear, despite having been served with the Summons and Complaint on October 26, 2023.  Defendant Mohammad Amsad Mohammad has failed to appear, despite being having been served with the Summons and Complaint on October 30, 2023.  On December 1, 2023, the Clerk of the Court entered Certificates of Default as to each Defendant. Dkts. 23-26.  At a default judgment hearing held on January 22, 2024, the Court made findings of liability in favor of Plaintiff on the First, Second, Third, and Fourth Causes of Action, and dismissed without prejudice the Fifth and Sixth Causes of Action.

It is hereby ordered, adjudged, and decreed that Plaintiff Julian Lantigua has judgment jointly and severally against the Defendants La Casa Bonita Corp, Casa Dominicana Outlet Corp, Crazy Hot Deals Outlet Corp., and Mohammad Asmad Mohammad in the total amount of $107,631.00, consisting of compensatory damages for unpaid minimum and overtime wages in the amount of $53,815.50 and liquidated damages on unpaid minimum and overtime wages in the

amount of $53,815.50.  It is further hereby ordered, adjudged, and decreed that Plaintiff is awarded attorneys' fees in the amount of $3,042.50 and costs in the amount of $831.97, for the total amount of $3,874.47.  It is further hereby ordered, adjudged, and decreed that if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall increase by fifteen percent, as required by New York Labor Law Section 198(4).

     SO ORDERED.

Dated: January 22, 2024
     New York, New York

                        JOHN P. CRONAN
                  United States District Judge